UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | | |
|---|---|---|
| VERNON WILLIAMS, | ) | Case No. CV 06-8061-CJC (JWJ) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| DIRECTOR OF CORRECTIONS, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the entire action without prejudice.

DATED: March 12, 2008

CORMAC J. CARNEY
United States District Judge